Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED- LN
November 18, 2025 12:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod 11/18

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Michigan__

__Southern__ Division

1:25-cv-1478
Paul L. Maloney
U.S. District Judge

Case No. _____
*(to be filled in by the Clerk's Office)*

__Cynthia Drane, Pro Se__
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__Catholic Charities West Michigan__
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cynthia Drane |
| Street Address | 318 Jones St. |
| City and County | Lansing   Ingham |
| State and Zip Code | Michigan  48912 |
| Telephone Number | (517) 402-2002 |
| E-mail Address | dranec@ferris.edu |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

See Attachment B

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Shreatta Wells
- Job or Title (if known): EFC Supervisor
- Street Address: 2504 Normandy Dr., Apt 1026
- City and County: Grand Rapids, Kent
- State and Zip Code: Michigan, 49506
- Telephone Number: (708) 906-4368
- E-mail Address (if known): swells@ccwestmi.org

Defendant No. 2
- Name: Letkia A. Pittman
- Job or Title (if known): Director Child Welfare
- Street Address: 1368 Cobb Dr. SE,
- City and County: Grand Rapids, Kent
- State and Zip Code: Michigan, 49508
- Telephone Number: (616) 307-0711
- E-mail Address (if known): Lpittman@ccwestmi.org

Defendant No. 3
- Name: Joe Styf
- Job or Title (if known): Program Manager
- Street Address: 937 Aberdeen St. NE
- City and County: Grand Rapids, Kent
- State and Zip Code: Michigan 49505
- Telephone Number: (616) 610-1862
- E-mail Address (if known): Jstyf@ccwestmi.org

Defendant No. 4
- Name: Victoria Hanna
- Job or Title (if known): unknown
- Street Address: 3819 E Langour Ln. Apt. 102
- City and County: Holland, Ottawa
- State and Zip Code: Michigan
- Telephone Number: (973) 934-0319
- E-mail Address (if known): Unknown

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 USCA §§ 2000e et seq. U.S. Bill of Rights First Amendment to the Constitution

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* Catholic Charities West Michigan is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* Michigan.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Grand Rapids.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Exhibit A.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Exhibit III B

## EXHIBIT A-STATEMENT OF CLAM

## FACTUAL ALLEGATIONS

1. On Friday, November 24, 2023 Plaintiff was scheduled as the on call Foster Care Specialist and Defendant 1 EFC Supervisor and the on-call Supervisor for the weekend of Friday, November 24, 2023 – Monday, November 27, 2023.

2. On Saturday, November 25, 2023 Plaintiff received a call that a child may be in need of placement. Plaintiff phoned Defendant 1 and told her there may be a need for placement of a child.

3. Plaintiff told Defendant 1 she needs to be in church on Sunday, and that she has obligations in church every Sunday.

4. Defendant 1 told Plaintiff she should have let that be known before now. Plaintiff told Defendant 1 the possibility of missing church had never came up before now.

5. Defendant 1 told Plaintiff she needs to let her acting Supervisor Defendant 4 know first thing on Monday, what Plaintiff's obligations in Plaintiff's church are and when.

6. On November 27, 2023, Plaintiff met with Defendant 4. Plaintiff verbally told Defendant 4 Plaintiff's church obligations and requested a religious accommodation to attend Bible Study on Thursday afternoons. Plaintiff told Defendant 4 she would like to flex her time on Thursdays.

7. Defendant 4 told Plaintiff, Defendant 4 will see if it is possible.

8. On December 5, 2023 Defendant 4 denied Plaintiffs religious accommodation request.

9. On or about December 7, 2023 Plaintiff sent email to Defendant 6 asking what Catholic Charities West Michigan's policy is for requesting a religious accommodation.

10. On or about December 15, 2023 Defendant 2 told Plaintiff there is an open position as an EFC Specialist that Defendant 2 wanted Plaintiff to apply for.

## EXHIBIT A-STATEMENT OF CLAM

### FACTUAL ALLEGATIONS

1. On Friday, November 24, 2023 Plaintiff was scheduled as the on call Foster Care Specialist and Defendant 1 EFC Supervisor and the on-call Supervisor for the weekend of Friday, November 24, 2023 – Monday, November 27, 2023.

2. On Saturday, November 25, 2023 Plaintiff received a call that a child may be in need of placement. Plaintiff phoned Defendant 1 and told her there may be a need for placement of a child.

3. Plaintiff told Defendant 1 she needs to be in church on Sunday, and that she has obligations in church every Sunday.

4. Defendant 1 told Plaintiff she should have let that be known before now. Plaintiff told Defendant 1 the possibility of missing church had never came up before now.

5. Defendant 1 told Plaintiff she needs to let her acting Supervisor Defendant 4 know first thing on Monday, what Plaintiff's obligations in Plaintiff's church are and when.

6. On November 27, 2023, Plaintiff met with Defendant 4. Plaintiff verbally told Defendant 4 Plaintiff's church obligations and requested a religious accommodation to attend Bible Study on Thursday afternoons. Plaintiff told Defendant 4 she would like to flex her time on Thursdays.

7. Defendant 4 told Plaintiff, Defendant 4 will see if it is possible.

8. On December 5, 2023 Defendant 4 denied Plaintiffs religious accommodation request.

9. On or about December 7, 2023 Plaintiff sent email to Defendant 6 asking what Catholic Charities West Michigan's policy is for requesting a religious accommodation.

10. On or about December 15, 2023 Defendant 2 told Plaintiff there is an open position as an EFC Specialist that Defendant 2 wanted Plaintiff to apply for.

## III STATEMENT OF CLAIM

## EXHIBIT III B

### FIRST CAUSE OF ACTION

### (Violation of Title VII of the Civil Rights Act of 1964)

30. Plaintiff hereby incorporates by reference paragraphs 1 through 34 as if fully restated herein in particular paragraph 9.

31. Defendant 3 denied Plaintiffs religious accommodation request, a protected class.

32. This claim is being made against all defendants pursuant to (42 USCA §§ 2000eet seq).

### SECOND CAUSE OF ACTION

### (Violation of Title VII of the Civil Rights Act of 1964)

33. Plaintiff hereby incorporates by reference paragraphs 1 through 34, in particular paragraphs 7 through 9, paragraphs 14 and 18.

34. Defendants denied Plaintiff's religious accommodation within a reasonable amount of time. Plaintiff was forced to wait a total of 101 calendar days for the approval to take part in a protected act.

35. This claim is being made against all defendants pursuant to (42 USCA §§ 2000e et seq)

### THIRD CAUSE OF ACTION

### (First Amendment, United States Constitution)

36. Plaintiff hereby incorporates by reference paragraphs 1 through 34 as if fully restated herein in particular paragraph 9.

37. Defendants actions denied Plaintiff's First Amendment Right to the Free Exercise Clause for an unreasonable amount of time.

38. This claim is being made against all Defendants pursuant to United States Bill of Rights First Amendment.

## FORTH CAUSE OF ACTION

### (Violation of Title VII of the Civil Rights Act of 1964)

39. Plaintiff hereby incorporates by reference paragraphs 1 through 34.

40. Defendants harassed in retaliation of Plaintiffs request to participate in a protected act, evidenced in paragraph 9. Defendant 2 knowingly ignored, and dismissed Plaintiff's reports of harassment.

## FIFTH CAUSE OF ACTION

### (Violation of Title VII of the Civil Rights Act of 1964)

41. Plaintiff hereby incorporates by reference paragraphs 1 through 34. Plaintiff suffered adverse actions in the form of sudden written reprimands, withholding of earnings, bullying and termination within two months of approval of Plaintiff's religious accommodation request.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully, and humbly request this Honorable Court

A. Enter an order that Defendants have violated Plaintiffs constitutional rights by denying a reasonable religious accommodation request, on December 5, 2022. Defendants continued to deny Plaintiff's reasonable accommodation request to flex the Plaintiffs time, that was proven to bare no undue hardship in meeting held by Defendant 3, and Defendant 7, on January 24, 2024 in the conference room of Catholic Charities West Michigan, Grand Rapids location.

B. **WHEREFORE,** Plaintiff respectfully, and humbly request this Honorable Court: take note of Defendants adverse actions against the Plaintiff in the temporal proximity of Plaintiff's termination.

C. **WHEREFORE,** Plaintiff respectfully and humbly request this Honorable Court: enters an order for damages of back pay, front pay, compensatory damages and punitive damages available under applicable federal laws.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/17/25

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____